# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 03, 2024

James E. Dearing Jr.
James E. Dearing, Jr., PC
1596 W CLEVELAND AVE STE 102
EAST POINT, GA 30344

Christopher Patrick Desmond
Johnson Law, PLC
535 GRISWOLD ST STE 2600
DETROIT, MI 48226

Alexander J. Hill
Troutman Pepper Hamilton Sanders, LLP
600 PEACHTREE ST NE STE 3000
BANK OF AMERICA PLAZA
ATLANTA, GA 30308-2216

Vernon R. Johnson
Johnson Law, PLC
535 GRISWOLD ST STE 2600
DETROIT, MI 48226

Harold D. Melton
Troutman Pepper Hamilton Sanders, LLP
600 PEACHTREE ST NE STE 3000
BANK OF AMERICA PLAZA
ATLANTA, GA 30308-2216

Staci J. Miller
City of Atlanta Law Department
55 TRINITY AVE SW STE 5000
ATLANTA, GA 30303

Charles E. Peeler
Troutman Pepper Hamilton Sanders, LLP
600 PEACHTREE ST NE STE 3000
BANK OF AMERICA PLAZA
ATLANTA, GA 30308-2216

Hermise Pierre
City of Atlanta Law Department
55 TRINITY AVE SW STE 5000
ATLANTA, GA 30303

Solomon M. Radner
The Law Office of Keith Altman
33228 W 12 MILE RD STE 375
FARMINGTON HILLS, MI 48334

Brenda Ann Raspberry
Law Office of Andrews and Manganiello
100 CRESCENT CTR PKWY STE 950
TUCKER, GA 30084

Elizabeth Penland Waldbeser
Troutman Pepper Hamilton Sanders, LLP
600 PEACHTREE ST NE STE 3000
BANK OF AMERICA PLAZA
ATLANTA, GA 30308-2216

Appeal Number: 24-12787-JJ ; 24-12925 -J
Case Style: Keith Edwards v. J. Grubbs, et al
District Court Docket No: 1:19-cv-02047-SCJ

Consolidation

Pursuant to FRAP 3(b)(2) and 11th Cir. R. 12-2, and absent any party filing written objections within 14 days, the following case(s), 24-12925, will be consolidated with case number: 24-12787.

Briefing in each appeal shall proceed separately, unless the parties file a motion seeking a consolidated briefing schedule.

A litigant who is a party in more than one case being consolidated must file all documents in each separate consolidated case number. A litigant who is a party in only one of the cases being consolidated must file all documents in that case number; if such a litigant wants to receive notice of filings in the other case(s) being consolidated, the litigant should set up notice through the "Notice for Cases of Interest" utility in CM/ECF.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

CLKCONS-1 Appeal Clerically Consolidated