# In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-12787
_____

KEITH EDWARDS,
 as Personal Representative of the Estate of
 Jerry Blasingame, deceased,

*Plaintiff-Appellee,*

*versus*

OFFICER J. GRUBBS,
#6416,

*Defendant-Appellant,*

CITY OF ATLANTA,
ATLANTA POLICE DEPT.,

*Defendants.*

_____

Appeals from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:19-cv-02047-SCJ
_____

2                          Order of the Court                    24-12787

————————————————

No. 24-12925

————————————————

KEITH EDWARDS,
   as Personal Representative of the
   Estate of Jerry Blasingame, deceased,

*Plaintiff-Appellant,*

*versus*

OFFICER J. GRUBBS,
#6416,
THE CITY OF ATLANTA,

*Defendants-Appellees,*

ATLANTA POLICE DEPT.,

*Defendant.*

————————————————

Appeals from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:19-cv-02047-SCJ

————————————————

Before JORDAN and NEWSOM, Circuit Judges, and HONEYWELL,* District Judge.

PER CURIAM:

   The Petition for En Banc Rehearing filed by J. Grubbs in appeal no. 24-12787 is DENIED as moot.


* Honorable Charlene Edwards Honeywell, United States District Judge for the Middle District of Florida, sitting by designation.